

FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 2:59 pm, Jul 22, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| MARCUS XAVIER DUMAS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:19-cv-23 |
| | * | |
| v. | * | |
| | * | |
| WARDEN JEFF COLEMAN, et al., | * | |
| | * | |
| Defendants. | * | |

## O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 7.  Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.  The Court **DISMISSES** Plaintiff's monetary damages claims against Defendants in their official capacities and his claims against Defendants Anderson and Subastian.  Plaintiff's Eighth Amendment claims against Defendants Mackey, Crosby, Hutton, Coleman, Wicker, and

AO 72A
(Rev. 8/82)

Ferrell remain pending.  Dkt. No. 8.

    **SO ORDERED**, this \_\_\_22\_\_\_ day of \_\_\_July\_\_\_, 2020.

                      HON. LISA GODBEY WOOD, JUDGE
                      UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)