FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 1:33 pm, Oct 07, 2020

# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| MARCUS XAVIER DUMAS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:19-cv-23 |
| | * | |
| v. | * | |
| | * | |
| JEFF COLEMAN, et al., in their individual and official capacities, | * | |
| | * | |
| | * | |
| Defendants. | * | |

### O R D E R

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 20. Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint, **DENIES as moot** the Motion to Dismiss Defendants Coleman, Mackey, Wicker, Crosby, and Ferrell filed, **DIRECTS** the Clerk of Court to **CLOSE** this case

AO 72A
(Rev. 8/82)

and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.[1]

    **SO ORDERED**, this \_\_7\_\_ day of \_\_October\_\_, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1]  As the Magistrate Judge noted, even though Defendant Hutton did not join the Motion to Dismiss the other Defendants filed, the grounds for dismissal advanced in that Motion are equally applicable to Defendant Hutton.