AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 3:52 pm, Oct 08, 2020

MARCUS XAVIER DUMAS,

    Plaintiff,

V.

JEFF COLEMAN, et al., in their individual and official capacities,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV519-23

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered 10/7/20, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, Plaintiff's complaint is DISMISSED without prejudice, Defendants motion to dismiss is DENIED as moot, and in forma pauperis status on appeal is DENEID. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

October 8, 2020
Date

John E. Triplett, Acting Clerk
Clerk

(By) Deputy Clerk



GAS Rev 10/2020